UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.   Criminal No. 11-cr-47-01-JL

Makibra Brewer

O R D E R

The assented to motion to reschedule jury trial (document no. 19 ) filed by defendant is granted in part. The continuance is limited to 30 days; Final Pretrial is rescheduled to November 29, 2011 at 10:30; Trial is continued to the two-week period beginning December 7, 2011, 09:30. The grounds underlying the motion do not require a continuance that exceeds 30 days.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Date: October 14, 2011

cc: James D. Gleason, Esq.
Seth R. Aframe, AUSA
Terry Ollila, AUSA
U.S. Marshal
U.S. Probation