UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 11-cr-47-01-JL

<u>Makibra Brewer</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted; Final Pretrial is rescheduled to January 26, 2012 at 3:00 p.m.; Trial is continued to the two-week period beginning February 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                   */s/ Joe Laplante*
                                                 _____
                                                 Joseph N. Laplante
                                                 Chief Judge

Date: December 5, 2011

cc: Jim Gleason, Esq.
    Seth Aframe, Esq.
    U.S. Marshal
    U.S. Probation